```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 35629
   MORDICA ROSA MEDINA
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

        Debtor
     SSN XXX-XX-8316


---------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/24/04 and confirmed on 11/12/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  13996.95 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
---------------------------------------------------------------------------------
FORD MOTOR CREDIT CO      SECURED VEHIC      6075.00           577.52         6075.00
HARLEM FURNITURE          SECURED             500.00            39.30          500.00
ROUNDUP FUNDING LLC       UNSECURED          2598.61              .00          431.44
RESURGENT CAPITAL SERVIC  UNSECURED           410.81              .00           68.21
BUREAU OF COLLECTION REC  UNSECURED         NOT FILED             .00             .00
STATE COLLECTION SRV      UNSECURED           196.85              .00           32.68
AT&T MOBILITY LLC         UNSECURED         NOT FILED             .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED          1220.23              .00          202.59
RESURGENT CAPITAL SERVIC  UNSECURED          4599.96              .00          763.73
FCNB                      UNSECURED         NOT FILED             .00             .00
NATIONAL ASSET RECOVERY   UNSECURED         NOT FILED             .00             .00
CARD SERVICE CENTER       UNSECURED          1920.63              .00          318.88
NORDSTROM FSB             UNSECURED           502.44              .00           83.42
WORLD FINANCIAL NETWORK   UNSECURED          1158.35              .00          192.32
FORD MOTOR CREDIT CO      UNSECURED          4108.45              .00          682.12
ECAST SETTLEMENT CORPORA  UNSECURED           190.30              .00           31.60
WORLD FINANCIAL NETWORK   UNSECURED          2387.84              .00          396.45
          Summary of disbursements:
---------------------------------------------------------------------------------
                  SECURED       PRIORITY     UNSECURED        OTHER           TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     6575.00         .00     19294.47          .00       25869.47
PRINCIPAL PAID         6575.00         .00      3203.44          .00        9778.44
INTEREST PAID           616.82         .00          .00          .00         616.82
TOTAL PAID             7191.82         .00      3203.44          .00       10395.26
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $     554.74 .

Refunds to the Debtor totaled $     346.95 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE